UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARISOL MANGUAL,

                              Plaintiff,
     -against-                                            20 CIVIL 7526 (GWG)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 28, 2022, defendant's motion for judgment on the pleadings is denied, and Mangual's cross-motion for judgment on the pleadings is granted. The case is remanded to the Social Security Administration for further proceedings consistent with the opinion; accordingly, the case is closed.

**Dated:**  New York, New York

         April 28, 2022

                                                                         **RUBY J. KRAJICK**

                                                                          **Clerk of Court**
                                       **BY:**
                                                                            **Deputy Clerk**